# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNOR B., by his next friend ROCHELLE VIGURS, et al., individually and on behalf of all Others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>DEVAL L. PATRICK, in his official capacity as Governor of the Commonwealth of Massachusetts, et al.,<br><br>       Defendants. | C.A. No. 3:10-cv-30073 (MAP) |

## JOINT MOTION REQUESTING A TELEPHONE CONFERENCE REGARDING THE DEADLINES FOR THE PARTIES' MOTIONS IN LIMINE

Pursuant to Fed. R. Civ. P. 16(b), the parties request a telephone scheduling conference, whereat the parties and this Court may discuss the deadlines for motions *in limine*, including those related to the *Daubert* standards. The scheduling order was issued by this court on January 11, 2012, modified on May 17, 2012, and modified again on October 1, 2012. The scheduling order does not set a specific deadline for motions *in limine*. In conducting trial preparation, the parties agree that it would be helpful to have a briefing schedule set for such motions within the framework of the current scheduling order.

Respectfully submitted,

THE HON. DEVAL L. PATRICK, GOVERNOR,
SECRETARY JUDYANN BIGBY, AND
COMMISSIONER ANGELO MCCLAIN,

By their attorneys,

MARTHA COAKLEY
ATTORNEY GENERAL

/s/ Liza Tran
Liza Tran, BBO # 646818
Jeffrey Collins, BBO # 640371
Jason Barshak, BBO # 564040
Assistant Attorneys General
Office of the Attorney General
One Ashburton Place
Boston, MA  02108
Phone: (617) 963-2312
Facsimile: (617) 727-3076
liza.tran@state.ma.us

**Attorneys for Plaintiffs:**

By:  */s/*  Laurence D. Borten (JB)
Marcia Robinson Lowry
Sara Michelle Bartosz
Laurence D. Borten
Rachel Brodin Nili
Jessica Polansky

CHILDREN'S RIGHTS
330 Seventh Avenue, Fourth Floor
New York, New York 10001
Phone: (212) 683-2210
Facsimile: (212) 683-4015
*mlowry@childrensrights.org*
*sbartosz@childrensrights.org*
*lborten@childrensrights.org*
*rnili@childrensrights.org*

Dated:  October 4, 2012

2

## **CERTIFICATE OF SERVICE**

      I, Liza Tran, Assistant Attorney General, hereby certify that I have this day, October 4, 2012, served the foregoing Motion, upon all parties, by electronically filing to all ECF registered parties and by sending a copy, first class mail, postage prepaid to all unregistered parties.

                                                       /s/ Liza Tran